# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2438
_____

OSYMA DEL VALLE,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
BROWARD COUNTY SCHOOL
BOARD,

    Appellees.

_____

On appeal from the Reemployment Assistance Appeals
Commission.
Charles T. Faircloth, Jr., Chairman.

December 13, 2023

PER CURIAM.

    The Court dismisses the appeal as untimely filed. *See* Fla. R.
App. P. 9.110(b).

BILBREY, KELSEY, and TANENBAUM, JJ., concur.

————————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

————————————————————

Osyma Del Valle, pro se, Appellant.

No appearance for Appellees.